1  CRAIG B. GARNER (CA SBN 177971)
2  T. MARK TUBIS (CA SBN 323083)
   GARNER HEALTH LAW CORPORATION
3  13274 Fiji Way, Suite 250
4  Marina Del Rey, CA 90292
   Telephone: (310) 458-1560
5  Facsimile: (310) 694-9025
6  Email: craig@garnerhealth.com

7  Attorneys for PLAINTIFF ABC SERVICES GROUP, INC., in its capacity as
   assignee for the benefit of creditors of MORNINGSIDE RECOVERY, LLC
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11               SOUTHERN DIVISION

12

13

14  ABC SERVICES GROUP, INC., a               Case No. 8:19-cv-00777-JLS-ADS
15  Delaware corporation, in its capacity as   Hon. Josephine L. Staton
    assignee for the benefit of creditors of
16  MORNINGSIDE RECOVERY, LLC, a
17  California limited liability company,       **NOTICE OF CHANGE IN LEAD
                                                COUNSEL FOR PLAINTIFF**
18              Plaintiff,

19                  v.

20

21  AETNA HEALTH AND LIFE
22  INSURANCE COMPANY, a
    Connecticut corporation; and DOES 1
23  through 20, Inclusive

24              Defendants.

25

26

27

28

1

1      TO THE HON. JOSEPHINE L STATON, DISTRICT COURT JUDGE, TO

2  THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF

3  RECORD.

4      Please take notice that Plaintiff ABC SERVICES GROUP, INC., in its

5  capacity as assignee for the benefit of creditors of MORNINGSIDE RECOVERY,

6  LLC, designates Craig B. Garner, and only Craig B. Garner, as lead counsel in this

7  lawsuit.

8                             Respectfully Submitted,

9  Dated: April 30, 2019         GARNER HEALTH LAW CORPORATION

10

11

12                            By: __/s/ Craig B. Garner

13                              CRAIG B. GARNER

14                      Attorneys for PLAINTIFF ABC SERVICES GROUP, INC., in its capacity as assignee for

15                      the benefit of creditors of MORNINGSIDE RECOVERY, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DESIGNATION OF LEAD COUNSEL
PAGE 2